| | |
|---|---|
| IN RE: LESLIE E. POSNER | Chapter 7 |
|     Debtor. | Case No 09-66165-MBM |
| _____/ | Hon. Marci B. McIvor |

GARY D. NITZKIN  P41155
NITZKIN & ASSOCIATES
Creditor Norma Gorosh
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Fax (248) 415-1554
Email – gnitzkin@creditor-law.com
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND REQUEST FOR ADDITION TO MAILING MATRICES**

**PLEASE TAKE NOTICE** that the undersigned appears for and on behalf of Norma Gorosh, a creditor of the above-named Debtor, for all purposes in connection with this case.  Pursuant to rules 2002, 3017(2) and 9010(b), F.R. Bankr.P., the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans and disclosure statements filed or served in this case, and requests that the name and address of the undersigned be added to all mailing matrices in this case.  Service may be made and directed as follows:

GARY D. NITZKIN  P41155
NITZKIN & ASSOCIATES
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Fax (248) 415-1554
Email – GNitzkin@creditor-law.com

Dated:  August 25, 2009        Respectfully Submitted.

        /s/ Gary Nitzin
        Gary D. Nitzkin (P 41155)
        Attorney for Creditor
        gnitzkin@creditor-law.com